## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. Darlene C. Sammarco, et al., | Civil No. 09-0880 (JRT/JJK) |
| Plaintiffs, | **ORDER DENYING MOTION** |
| v. | |
| Cal Ludeman, *et al.*, | |
| Defendants. | |

This matter is before the Court on the motion filed by Darlene Sammarco on November 10, 2009 requesting to remove Magistrate Judge Keyes from this case.

Based on the foregoing, all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that plaintiff's motion [Docket No. 101] is **DENIED**.

DATED: November 16, 2009                 ____s/ John R. Tunheim____
at Minneapolis, Minnesota.                  JOHN R. TUNHEIM
                                                       United States District Judge