# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. Darlene C. Sammarco, et al., | Civil No. 09-0880 (JRT/JJK) |
| Plaintiffs, | **ORDER DENYING MOTION** |
| v. | |
| Cal Ludeman, *et al.*, | |
| Defendants. | |

This matter is before the Court on the amended motion filed by Darlene Sammarco on November 23, 2009 requesting to remove Magistrate Judge Keyes from this case. The Court finds that the amended motion is essentially the same motion that Sammarco previously filed and which the Court denied.

Based on the foregoing, all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that plaintiff's motion [Docket No. 110] is **DENIED**.

DATED: November 30, 2009      \_\_\_\_s/ John R. Tunheim\_\_\_\_
at Minneapolis, Minnesota.      JOHN R. TUNHEIM
     United States District Judge