UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA
_____

| | |
|---|---|
| United States of America, ex rel Darlene C. Sammarco, | Civil No. 09-0880 (JRT/JJK) |
| Plaintiff, | |
| v. | |
| Cal Ludeman, as Minnesota Commissioner of Department of Human Svcs.; Jane Morrow, as Anoka County Court Administrator, Anoka County; Daniel Dauth, as Anoka County Social Services; Conservator Derrinda Mitchell, on Your Behalf; Attorney Linda Bogut; Dr. Michael Popkin, Hennepin County Medical Center Director of Psychiatry; Conservator Tracy Allen, designee for Professional Fiduciaries, Inc.; Karen Foy, Manager of Andrew Residence also known as Manager of Andrew Residence; Tom Mullon; Dr. Jonathan Uecker; and Dr. James H. Gilbertson, Phd; | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| Defendants. | |

_____

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Jeffrey J. Keyes dated January 28, 2010 [Docket No. 165]. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED** that:

1. Defendant Andrew Residence's Motion to Dismiss (Doc. No. 41), is **GRANTED**;

2. Defendant Tom Mullon's Motion to Dismiss (Doc. No. 45 and No. 52), is **GRANTED**;

3. Defendant Jane Morrow's Motion to Dismiss (Doc. No. 56), is **GRANTED**;

4. Defendant Daniel Dauth's Motion to Dismiss (Doc. No. 111), is **GRANTED**;

5. Defendant Karen Foy's Motion to Dismiss (Doc. No. 95), is **GRANTED**;

6. Defendant Derrinda Mitchell's Motion to Dismiss Pleadings and/or for a More Definite Statement (Doc. No. 138), is **GRANTED**;

7. Plaintiff's remaining claims against Defendants Cal Ludeman, as Minnesota Commissioner of Department of Human Services, Dr. Jonathan Uecker, Dr. James H. Gilbertson, and Conservator Tracy Allen, designee for Professional Fiduciaries, Inc., are **DISMISSED WITHOUT PREJUDICE** for failure to prosecute;

8. Defendants Daniel Dauth. Andrew Residence, and Karen Foy's oral request for a sanction on Plaintiff's filing of future related cases (*See* Doc. No. 153 (noting oral

request at the January 8, 2010 hearing)), is **GRANTED** to the extent that Plaintiff be prohibited from filing future cases relating to the commitment of her daughter unless she is represented by counsel or obtains pre-authorization from a judge of this Court;

9. The remaining pending motions (Doc. Nos. 125, 127, 128, 133, 134, 142, 144, 146, and 148), are **DENIED**; and

10. This matter is **DISMISSED** in its entirety.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: February 25, 2010
at Minneapolis, Minnesota.

                                                      s/ John R. Tunheim
                                                    JOHN R. TUNHEIM
                                            United States District Judge