# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. Darlene C. Sammarco, | Civil No. 09-0880 (JRT/JJK) |
| Plaintiffs, | **ORDER** |
| v. | |
| Cal Ludeman, et al. | |
| Defendants. | |

_____

This matter is before the Court on the Judgment that was issued in this case on February 26, 2010. There was a clerical oversight in the Judgment [Docket No. 170] and it did not contain all of the necessary claims. Pursuant to Fed. R. Civ. P. 60(a), the Judgment may be corrected since it was filed in error.

Based upon all the files, records and proceedings herein, **IT IS HEREBY ORDERED** that the Judgment entered by the Clerk's Office [Docket No. 170] shall be vacated and removed from the Clerk's file.


DATED: March 5, 2010
at Minneapolis, Minnesota.

                                                                                                          s/ John R. Tunheim
                                                                                      JOHN R. TUNHEIM
                                                                        United States District Judge